**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :   No. 172 WAL 2021

Respondent                :

                                         :   Petition for Allowance of Appeal
                                         :   from the Order of the Superior Court

v.                             :

                                         :

KELI MARIE BRUMLEY,                   :

                                         :

Petitioner                    :

## ORDER

**PER CURIAM**

        **AND NOW**, this 2nd day of June, 2022, the Petition for Allowance of Appeal is **DENIED**.